1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    THE UNITED STATES OF AMERICA,                    )    Case No. 08cv0277-IEG (AJB)
                                                      )
4                    Plaintiff,                       )    CERTIFICATE OF SERVICE BY MAIL
                                                      )
5        v.                                           )
                                                      )
6    1.64 ACRES OF LAND, MORE OR LESS,                )
     SITUATE IN SAN DIEGO COUNTY, STATE               )
7    OF CALIFORNIA; FABIOLA GONZALEZ;                 )
     AND ALL OTHER INTERESTED PARTIES,                )
8                                                     )
                     Defendants.                      )
9    _____       )

10

11   IT IS HEREBY CERTIFIED THAT:

12       I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
     business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
13
         I am not a party to the above-entitled action. I have caused service of:
14
             1)      EX PARTE APPLICATION FOR IMMEDIATE DELIVERY OF POSSESSION
15                   [ 40 U.S.C. §§3114] (dated 02/27/08)

16           2)      AFFIDAVIT IN SUPPORT OF MOTION FOR IMMEDIATE POSSESSION (dated
                     01/22/08)
17
             3)      [PROPOSED] ORDER FOR DELIVERY OF POSSESSION
18
     on the following parties by electronically filing the foregoing with the Clerk of the District Court using
19   its ECF System, which electronically notifies them.

20   n/a

21       I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,
     to the following non-ECF participant on this case:
22
             Fabiola Gonzalez
23           2331 Eastridge Loop
             Chula Vista, CA 91915
24
     the last known address, at which place there is delivery service of mail from the United States Postal
25   Service.

26       I declare under penalty of perjury that the foregoing is true and correct.

27       Executed on February 27, 2008.

28
                                                     Lori Aragon MacDonald
                                                     Lori Aragon MacDonald