UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>0.61 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DAVID B. ANDERSON AND ANN E. ANDERSON REVOCABLE TRUST; AND ALL OTHER INTERESTED PARTIES,<br><br>    Defendants. | Case No. 08cv0284-IEG (AJB)<br><br>CERTIFICATE OF SERVICE BY MAIL |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of:

1)     EX PARTE APPLICATION FOR IMMEDIATE DELIVERY OF POSSESSION [ 40 U.S.C. §§3114] (dated 02/27/08)

2)     AFFIDAVIT IN SUPPORT OF MOTION FOR IMMEDIATE POSSESSION (dated 01/17/08)

3)     [PROPOSED] ORDER FOR DELIVERY OF POSSESSION

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

David B. Anderson and Ann E. Anderson
1095 Las Palmas Drive
Santa Barbara, CA 93110

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 27, 2008.

                                                       */s/ Lori Aragon MacDonald*
                                                       Lori Aragon MacDonald